ACCEPTED
12-15-00247-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/3/2015 8:08:06 AM
Pam Estes
CLERK



SMITH COUNTY COURTHOUSE
100 N. BROADWAY 4th Floor
TYLER, TEXAS 75702

# D. Matt Bingham

**Criminal District Attorney**
**Smith County**

FILED IN
12th COURT OF APPEALS 20
TYLER, TEXAS (903) 590-1719

12/3/2015 8:08:06 AM Michael J. West, Appellate Chief
PAM ESTES
Jennifer Barfield, Office Director
CLERK

April Allison Sikes, First Assistant

December 3, 2015

12th Court of Appeals
1517 West Front Street, ste. 354
Tyler, Texas 75702

**Re:    12-15-00247-CR,** *Cook v. State* **- State's Letter Brief**.

To the Honorable Judges,

Appellant in the above-numbered cause has filed a brief complaining about the an entry in the Bill of Costs for court costs ordered by the trial court. Specifically, Appellant complains that he was improperly charged $300.00 for an attorney fee when he was found to be indigent by the Court. (Appellant's brief at 4-6).

The Clerk's Record in this case contains a copy of the Bill of Costs (CR: 83). That document shows that the District Clerk's office imposed a $300.00 cost for "SB7 ATTY FEE FOR 7TH DISTRICT COURT" as part of the costs of court. The Court should note that the judgment adjudicating Appellant guilty does not reflect an amount including this fee being assessed, however it does appear on the face of the Bill of Costs

It cannot be disputed by the State that Appellant is indigent. The record shows that he was repeatedly found to be indigent and provided free counsel throughout the course of this case. (CR: 4-5, 14, 56, 79).

Where the record reflects a $300.00 charge in the Bill of Costs for an attorney fee, the State concedes that this cost was not properly assessed and should be modified to show court costs of $314.00 and not $614.00 as currently reflected. *See* TEX. R. APP. P. 43.2 (b); *Brewer v. State*, 572 S.W.2d 719, 723 (Tex.Crim.App. 1978) ("Where the Court has the necessary data and evidence before it for reformation, the judgment may be reformed on appeal."); *Williams v. State*, 332 S.W.3d 694, 699 (Tex.App. - Amarillo 2011, *pet. ref'd*) (Where appellant was and remained indigent, the trial court correctly

deleted $3,500 in attorney's fees from the Bill of Costs); TEX. CODE CRIM. PROC. ANN. Art. 26.04 (p) (Vernon 2015).

Unfortunately, modification of the Bill of Costs does not completely fix the problem as the judgement revoking Appellant's probation lists the balance of court costs owed in the amount of $289.00. (CR: 74). As does the trial court's order of withdrawal. (CR: 76). In lieu of bench warranting Appellant back to Smith County for a remand hearing to determine whether Appellant is owed $11.00, the State would suggest that the judgment and order of withdrawal be reformed by the Court to show that the costs of court have been paid in full. The cost of transporting Appellant back to Smith County from the Moore Unit in Bonham, Texas, and feeding him while he is here, will certainly exceed that amount. Smith County has already paid for three different attorneys to represent Appellant in this case. (CR: 14, 56, 79). If Appellant does not object to this suggestion, the State will waive any and all remaining costs of court.

Thank you,

___/s/  Michael J. West_____
Michael West
Asst. Criminal District Attorney
Bar I.D. No. 21203300
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the pertinent sections of the State's Reply Brief in the above numbered cause contain 447 words, an amount which complies with Texas Rule of Appellate Procedure 9.4.

___/s/  Michael J. West_____
Michael J. West
Asst. Criminal District Attorney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this __3rd__ day of __December__ , 2015, the following have been completed:

(1) The original of the State's Letter Brief in Response to Appellant's Brief in the above numbered cause has been electronically filed with the Clerk of the Court of Twelfth Court of Appeals.

(2) A legible copy of the State's Letter Brief in Response to Appellant's Brief in the above numbered cause has been electronically served on:

Mr. Austin Jackson
Attorney at Law
112 East Line, Ste. 310
Tyler, Texas 75702

/s/   Michael J. West
Michael J. West
Asst. Criminal District Attorney
Bar I.D. No. 21203300
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719